Leonard J. McDonald, Jr., (ljm@tblaw.com)
State Bar No. 014228

**TB TIFFANY & BOSCO**
P.A.

THIRD FLOOR CAMELBACK ESPLANADE II
2525 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016B4237
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 253-0176

08-08633

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| STEVEN SELVIN, | No. 2:10-bk-16876-SSC |
| Plaintiff/Debtor, | |
| | **MOTION TO REINSTATE CASE** |
| WELLS FARGO BANK, NA, et al., | |
| Defendant/Creditor. | |

COMES NOW Defendant WELLS FARGO BANK, NA and for its Motion to Reinstate Case.

Wells Fargo Bank, NA, ("Wells Fargo"), hereby requests the entry of an Order in Reinstating this case for the purposes of obtaining *In Rem* Relief.

The Debtor Steven Selvin is the former owner of the real property commonly known as 7777 East Main St., Unit 168, Scottsdale, AZ 85251. Wells Fargo is the owner of the real property pursuant to a Trustee Sale that was held on April 18, 2008.

Debtor defaulted on the first lien mortgage and a Trustee Sale was held April 18, 2008. Debtor Selvin has filed numerous bankruptcies within the last few years. The following is a summary of Selvin's recent bankruptcies:

///

1

1. 2:07-bk-04202-JMM - Debtor, Steven Selvin filed a voluntary petition for protection under Chapter 13 of the Bankruptcy Code on August 24, 2007. Case terminated December 21, 2007.
2. 2:08-bk-00773-RJH - Debtor, Steven Selvin filed a voluntary petition for protection under Chapter 13 of the Bankruptcy Code on January 28, 2008. Case terminated April 30, 2008.
3. 2:08-bk-12053-RTB - Debtor, Steven Selvin filed a voluntary petition for protection under Chapter 13 of the Bankruptcy Code on September 10, 2008. Case dismissed October 6, 2008.
4. 2:09-bk-04719-JMM - Debtor, Steven Selvin filed a voluntary petition for protection under Chapter 13 of the Bankruptcy Code on March 16, 2009. Case dismissed April 3, 2009.
5. 2:09-bk-19689-RTB - Debtor, Steven Selvin filed a voluntary petition for protection under Chapter 13 of the Bankruptcy Code on August 17, 2009. Case Dismissed April 1, 2010.
6. 2:10-bk-16876-SSC - Debtor, Steven Selvin filed a voluntary petition for protection under Chapter 13 of the Bankruptcy Code on May 28, 2010. Case Dismissed June 8, 2010.

Wells Fargo requests the Reinstateing of this matter so that Wells Fargo can obtain a relief from Automatic Stay with *In Rem* Relief so that any further Bankruptcies filed by this Debtor

///

///

///

1. will not interfere with Wells Fargo's rights under the subject Deed of Trust.

2. RESPECTFULLY SUBMITTED this 16th day of June, 2010.

TIFFANY & BOSCO, P.A.

By: /s/ Leonard J. McDonald, Jr.
    Leonard J. McDonald, Jr.
    Third Floor Camelback Esplanade II
    2525 East Camelback Road
    Phoenix, Arizona 85016-9240
    Attorneys for Wells Fargo

# CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing and mailed via U.S. Mail to the following CM/ECF registrants:

STEVEN T. SELVIN
7777 E. MAIN ST
SCOTTSDALE, AZ 85251

I hereby certify that on June 16, 2010, I served the attached document by United States Mail on the following, who are not registered participants of the CM/ECF System:

STEVEN T. SELVIN
7777 E. MAIN ST
SCOTTSDALE, AZ 85251

EDWARD J. MANEY
P.O. BOX 10434
PHOENIX, AZ 85064-0434

U.S. Trustee
U.S. TRUSTEE
OFFICE OF THE U.S. TRUSTEE
230 NORTH FIRST AVENUE, SUITE 204
PHOENIX, AZ 85003

By: /s/ Natalie McGuire